**RECEIVED** MCP

2/13/2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**United States District Court**
**Northern District of Illinois**

Plaintiff )

Marlyssa Binns )

v. )

)

**1:24-cv-01230**
**Judge John J. Tharp**
**Magistrate Judge Gabriel A. Fuentes**
**RANDOM/ CAT 2**

Defendant )

Anne Robert H.
Lurie Children's
Hospital of Chicago

)

**COMPLAINT**

On June 8, 2023 I was offered employment as a Remote employee, my job title was medical staff specialist the health emergency for COVID-19 had end May 15th 2024, however I was still asked if I need any exemptions to complete the religious exemption accomodation form. I sent in the forms promptly. I received a response after submitted my request on June 9th, 2024. I was advised by H.R. (Maria) that they had not gotten clearance yet and it was now June 22, 2024. Andrea the director of employee wellbeing advised they "do not believe you have identified a specific religious belief that would be violated by taking the vaccine." The told me I needed to take the vaccine. Several emails were exchanged were I expressed my religious beliefs along with being strictly against DNA that is not mine or fetal cells from the 1970's being injected in my body. My belief as a nondenominational Christian stand (1 Corinthians 6:19, Isaiah 49:1, Psalm 139:13, I called them but no one answered and no one returned my calls. They ignored my attempts to speak and come to a resolution and find an alternative like COVID-19 test. They

(This is against my civil rights.)

(I lost everything and had to move back to California.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

rescinded my job offer because I stood on my beliefs. over

...cause they chose to ignore my attempts to provide reasonable alternatives and I was a female employee. I would have had not encounters with patients or physicians. Also there was no emergency. And Based on Title VII of the Civil Rights Act of 1964 I was supposed to be protected from discrimination based on my religion. But instead they ignored my beliefs and bullied me and rejected my request because of my religion. They didn't even try to hear my alternatives!

3) The EEOC was notified and my case was investigated. EEOC # 440-2023-07638. A right to sue notice was issued to me on January 22, 2024. I had been out of work for 7 months. The defendants refusal to adhere to the law resulted in me losing my apartment, getting behind on several bills, being homeless, stress, anxiety and suffered from restlessness trying to get on my feet. I was told by the EEOC that this was a federal matter and to file this lawsuit within 90 days.

4) I am requesting the court holds the defendant accountable for not abiding by the law, I am request the court help me to be vindicated in this horrible experience and unjust matter. I am asking the court for justice. I was directed to on a consultation call that because of the size of the hospital that I would have A hard chance getting justice. But you are the court and you have the authority to execute just no matter how big this hospital is. Please help me get compensated for all the loss of wages, stress, anxiety, bad credit due to late payments and loss of a home for me and my daughter. I and asking for the maximum due to the amount of employees they have. My request of compensation's in the amount of $300,000.00. No amount of money can give me back peace, a good credit score, or stability for me and my daughter!

2/12/2024

10808 Foothill Blvd #202
Rancho Cucamonga, CA 91730
714-210-4013 cell#.